UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 MAR 13 PM 3:58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RUBEN AGUINIGA-FERRER,

      Defendant.

CASE NO. 12CR590-L

JUDGMENT OF DISMISSAL

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

  8:1326(a) and (b) - ILLEGAL ENTRY (Felony)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 8, 2012

Nita L. Stormes
U.S. Magistrate Judge